| | | |
|---|---|---|
| **ALAN J. PERRY, et al.,** | ) | |
| | ) | |
| **PlaintiffS** | ) | |
| | ) | |
| **v.** | ) | **No. 1:14-cv-445-GZS** |
| | ) | |
| **JULIET ALEXANDER, Individually** | ) | |
| **and as Trustee of Jupiter Maine** | ) | |
| **et al.** | ) | |
| **Defendants.** | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on February 4, 2015 his Recommended Decision (ECF No. 14). Defendant Peter Tinkham filed his Objection to the Recommended Decision (ECF No. 16) on February 12, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that Plaintiffs' Motion to Remand is **GRANTED** and Plaintiffs' Request for Costs and Fees is **DENIED** (ECF No. 6).

3. It is **ORDERED** that Defendant's Motion to Transfer (ECF No. 4) is **DENIED**.

4. It is **ORDERED** that Plaintiffs' Motion to Strike and for Sanctions (ECF No. 10) is **DENIED**.

5. It is **ORDERED** that Plaintiffs' Motion for Sanctions and Award of Attorney's Fees and Costs (ECF No. 13) is **DENIED**.

/s/George Z. Singal_____
U.S. District Judge

Dated this 17th day of March, 2015.